UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN Q. BROWN,<br><br>            Plaintiff,<br><br>     v.<br><br>S. BERUMEN, et al.<br><br>            Defendants. | No.  2:21-cv-2187 AC P<br><br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights complaint under 42 U.S.C. § 1983.  Plaintiff alleges that defendant S. Berumen retaliated against him in violation of his First Amendment rights.  On October 25, 2022, defendants filed a motion to opt out of the post-screening ADR Project.  ECF No. 19.  After reviewing the motion, the court finds good cause to grant it.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' motion to opt out (ECF No. 19) is GRANTED and the stay of this action is LIFTED, and

2. Within twenty-one days from the date of this order, defendants shall file a responsive pleading.

DATED: October 27, 2022

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE