UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN Q. BROWN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>S. BERUMEN, et al.,<br><br>　　　　Defendants. | No. 2:21-cv-2187 AC P<br><br><br>ORDER |

　　　　Plaintiff, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On July 7, 2023, defendant filed a motion for summary judgment.  ECF No. 24.  The Local Rules require that either an opposition or a statement of non-opposition to a motion be filed within twenty-one days after the date of service of said motion.  See Local Rule 230(l).  To date, plaintiff has not filed a response to the motion.  It appears that plaintiff may have abandoned his case.

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1.  Within twenty-one days from the date of this order, plaintiff shall show cause in writing why this case should not be dismissed for failure to prosecute, and

////

1

2. The filing within the twenty-one-day period of either an opposition or a statement of non-opposition to defendant's motion for summary judgment, ECF No. 24, will discharge this order to show cause.

DATED: August 10, 2023

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE